**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     *12/17*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Alexander<br>First name<br><br>Middle name<br><br>Cerulli<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1302 | |

Debtor 1   **Alexander Cerulli**                                         Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**2316 Chasewood Drive**
**Downers Grove, IL 60515**
Number, Street, City, State & ZIP Code

**DuPage**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    __Alexander Cerulli__                                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
| --- | --- |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | |
| --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Ralph Anthony Cerulli and Sharon Cerulli** | | Relationship to you | **Father, Step-Mother** |
| District | **Eastern District of New York** | When **3/08/18** | Case number, if known | **8-18-71515** |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Alexander Cerulli**    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Alexander Cerulli**

Case number *(if known)*

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:** | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:** |
|  | ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | ☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

---

Debtor 1    __Alexander Cerulli__                                                    Case number *(if known)*_____

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|-----------------------------------------------|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Alexander Cerulli**
_____        _____
**Alexander Cerulli**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on    __July 13, 2018__                    Executed on _____
                    MM / DD / YYYY                                          MM / DD / YYYY

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Alexander Cerulli | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on   July 7, 2018 | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Alexander Cerulli**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____    Date    **July  7, 2018**
Signature of Attorney for Debtor                            MM / DD / YYYY

**David P. Leibowitz 1612271**
Printed name

**Lakelaw**
Firm name

**53 W Jackson Blvd**
**Suite 1115**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone    **312 360 1501**        Email address    **dleibowitz@lakelaw.com**

**1612271 IL**
Bar number & State

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Alexander Cerulli** _____        Case No. _____

                                        Debtor(s)        Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

                        Number of Creditors:        _____        **214**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July  7, 2018** _____        _____
                                        **Alexander Cerulli**
                                        Signature of Debtor

ABCO Peerless
Sprinkler Corp
50 Midland Avenue
Hicksville, NY 11801


Action Store Fronts Inc
263 Union Blvd
West Islip, NY 11795


Advance Inpatient Medicine
PO Box 66
Northbrook, IL 60065-0066


Advanced Auto Parts
Corporate Office and
Headquarters
5673 Airport Road
Roanoke, VA 24012


Advanced Auto Parts Inc
5008 Airport Road
Roanoke, VA 24012


Advocate Health
PO Box 3039
Oak Brook, IL 60522-3039


Advocate Medical Group
29368 Network Place
Chicago, IL 60673-1293


Advocate Medical Group - Cardiology
1901 S Meyers Road, Suite 350
Villa Park, IL 60181


AJK Mechanical Service
90 Mountain View Drive
Holmes, NY 12531


Alert Glass
333 Spur Drive N
Bay Shore, NY 11706

All Boro Inc
42 Maple Place
Amityville, NY 11701

All Island Testing
75B Pine Aire Drive
Bay Shore, NY 11706

Allstate Sprinkler Corp
1869 White Plains Road
Bronx, NY 10462

AM Helms LLC
189 Broadway
Westville, NJ 08093

American Flooring Concept
595 Montauk Hwy
Copiague, NY 11726

American Glass Company
of Albany Inc
27 N Manning Blvd
Albany, NY 12206

American Glass Company
of Albany
543 Cental Avenue
Albany, NY 12206

Apex Electrical
416 Lafayette Avenue
Hawthorne, NJ 07506

Apollo Air Conditioning
225 N Fehr Way
Bay Shore, NY 11706

Applied Computer
Technologies
1 Comack Loop
Suite 1B4
Ronkonkoma, NY 11779

Associated Credit Service
PO Box 5171
Westborough, MA 01581


AT&T
Transform Associates
75 Research Blvd
Suite 720
Rockville, MD 20850


AT&T Walt Whitman
160 Walt Whitman Road
Huntington Station, NY 11746


Atlantic Engineering
Labs or NY Inc
1001 Ave of the Americas
New York, NY 10018


ATT Mobility
c/o IC System
PO Box 64437
Saint Paul, MN 55164-0437


Avle Rolling
Steel Door Inc
9 Romanelli Avenue
South Hackensack, NJ 07606


Babylon Iron Works
205 Edison Avenue
West Babylon, NY 11704


Baker Bloomberg & Assocs
20501 Katy Freeway
Katy, TX 77450


Bank of the West
PO Box 2149
Gig Harbor, WA 98335


Baybrent Tile
1637 Sycamore Avenue
Bohemia, NY 11716

BL Companies Inc
355 Research Parkway
Meriden, CT 06450


Blue Line Rental
180 Talmadge Rd
Edison, NJ 08817


Botto Brothers
Plumbing & Heating
128 Woodbury Road
Hicksville, NY 11801


Brenseke Welding
915 Long Island Avenue
Deer Park, NY 11729


C2C Resources LLC
3500 N Causeway Blvd
Suite 300
Metairie, LA 70002


Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Call A Head
304 Crossbay Blvd
Far Rockaway, NY 11693


Call Stream Communication
c/o Regus
26 Boulevard Royal
Luxembourg
LUXEMBOURG L-244


Callaghan Pump & Controls
106 Hobart Street
Hackensack, NJ 07601


Canon Financial Services
158 Gaither Drive
Mount Laurel, NJ 08054

CBI Drywall Corp
67 Otis Street
#B
West Babylon, NY 11704


CDJ Electric Inc
91 Bridge Road
Hauppauge, NY 11788


Century Waste Servs LLC
623 Dowd Avenue
Elizabeth, NJ 07201


Chesapeak Climate
Control LLC
34913 Delaware Avenue
Frankford, DE 19945


Chesapeak Plumbing
& Heating
34913 Delaware Avenue
Frankford, DE 19945


Chipman Design Architectu
2700 S River Rd Ste 400
Des Plaines, IL 60018


Christopher Kendric Esq
Kendric Law Group PC
1225 Franklin Avenue
Suite 450
Garden City, NY 11530


Cinnabon
358 N Broadway
Broadway Mall
Hicksville, NY 11801


Club Monanco
601 West 26th Street
New York, NY 10001


Cohen's Fashion Optical
100 Quentin Roosevelt Blv
Garden City, NY 11530

Colonial Surety Co
50 Chestnut Ridge Road
Montvale, NJ 07645


Colonial Surety Company
123 Tice Blvd
Suite 250
Woodcliff Lake, NJ 07677


Colony Specialty Ins
PO Box 469012
San Antonio, TX 78246


Colony Specialty Insurance
c/o Michael R. Pricer
1833 Ardmore Blvd
Pittsburgh, PA 15221


Comcast Chicago
One Comcast Center
Philadelphia, PA 19103


Court at Deptford
1500 Almonesson Road
Woodbury, NJ 08096


Court of Deptford
1553 Almonesson Road
Deptford, NJ 08096


CP Rankin Inc
4359 County Line Road
Chalfont, PA 18914


Credit Collection Services
725 Canton St
Norwood, MA 02062


Cutting Edge Installation
4 Annginna Drive
Enfield, CT 06082


DaVita
PO Box 2037
Tacoma, WA 98401

DaVita World Headquarters
2000 16th Street
Denver, CO 80202

DKM Construction Corp
1595B N Ocean Avenue
#13
Bohemia, NY 11716

DLC Management Corp
565 Taxter Rd
Suite 400
Elmsford, NY 10523

DuPage Emergency Physicians
PO Box 366
Hinsdale, IL 60522

DuPage Medical Group
14921 Collections Center Drive
Chicago, IL 60693-0159

DuPage Medical Group
15921 Collection Center Drive
Chicago, IL 60693-0159

Eclipse Construction Serv
1725 N Strongs Avenue
Copiague, NY 11726

Edward Health Ventures
26185 Network Place
Chicago, IL 60673-1261

Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207

Electrical Power Services
671 Glassboro Road
Woodbury Heights, NJ 08097

Electronix Systems CSA
1555 New York Avenue
Huntington Station, NY 11746

Everlast Floors Inc
600 Route 10 West
Whippany, NJ 07981

Excellent Cleaning
734 Walt Whitman Road
Suite 403
Melville, NY 11747

F&G Mechanical Corp
348 New County Rd
Secaucus, NJ 07094

Fire Tech
Automatic Sprinkler
121 Blackwood Barnsboro
Road
Sewell, NJ 08080

Folcher Enterprises LLC
146 Blackwood Barnsboro
Road
Sewell, NJ 08080

Forchelli Curto Deegan
Schwartz Mineo & Terrana
333 Earle Ovington Blvd
Suite 1010
Uniondale, NY 11553

FraMac Services LLC
670 North Meadow Drive
PO Box 429
Bound Brook, NJ 08805

Fresh Meadow
Mechanical Corp
65-01 Fresh Meadow Lane
Fresh Meadows, NY 11365

Giordano Electric Corp
28 Kennedy Drive
Clark, NJ 07066

Greenheck Fan Corporation
PO Box 410
Schofield, WI 54476


Gutman & Gutman LLP
19 Roslyn Road
Mineola, NY 11501


Guy W Killen Esq
30 N Broad Street
PO Box 792
Woodbury, NJ 08096


Haas Inc
24 Whitney Avenue
Syosset, NY 11791


Hanover Community Bank
80 East Jericho Turnpike
Mineola, NY 11501


Hi-Lume Corporation
175 Kennedy Drive
Hauppauge, NY 11788


Illinois Collection Service, Inc
PO Box 1010
Tinley Park, IL 60477-9110


Illinois Collection Services
8231 185th St., Suite 100
Tinley Park, IL 60487


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Impact Graphics
61 Keyland Court
Bohemia, NY 11716


Impact Storefront Designs
16 Daniel Road
Fairfield, NJ 07004

Imperial Commercial
Cleaning Co
21 Edison Avenue
Unit A
West Babylon, NY 11704


Insolar Window Treatments
4104 N Nashville
Chicago, IL 60634


Inter-County Mechanical
Corp
1600 Ocean Avenue
Bohemia, NY 11716


Interboro Sprinkler Corp
64 Division Avenue
Levittown, NY 11756


Intercounty Glass
148 Bangor Street
Lindenhurst, NY 11757


Intercounty Mechanical Corp
1600 Ocean Avenue
Bohemia, NY 11716


Interior Precision LLC
3465 S Arlington Road
Suite 301
Akron, OH 44312


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Island Plumbing & Heating
23 Hawk Lane
Levittown, NY 11756


Island Steel
200 Weeks Avenue
Manorville, NY 11949

Island Steel and Detailing Corp
c/o Wilson and Chan LLP
100 Garden City Plaza, Suite 415
Garden City, NY 11530


Island Steel Detailing Co
190 Weeks Avenue
Manorville, NY 11949


J Morano & Sons Inc
862 S Egg Harbor Road
Hammonton, NJ 08037


James Floor Covering
2604 Durham Road
Bristol, PA 19007


Jerry Cardullo Iron Works
101 Spence Street
Bay Shore, NY 11706


JLS Electric
3182 NY-22
Dover Plains, NY 12522


JLS Electric
PO Box 812
Dover Plains, NY 12522


JN Painting Inc
61 Barnyard Lane
Levittown, NY 11756


Johnny on the Spot
3160 Bordentown Avenue
Old Bridge, NJ 08857


Joval Paint Corp
dba Sol Rubin Painting
88 Toledo Street
Farmingdale, NY 11735


JPC Contracting
287 Northern Blvd
Great Neck, NY 11021

Kelly Daniele PC
181 West Main Street
Suite 100
Babylon, NY 11702


Keynote Consulting
220 W Campus Dr., Suite 102
Arlington Heights, IL 60004


Krane LLP
7600 Jericho Turnpike
Suite 300
Woodbury, NY 11797


Kre Broadway Owner
1100 Broadway Mall
aka 358 N Broadway
Hicksville, NY 11801


Kreiser & Associates
1300 Lawrence Road
Havertown, PA 19083


Kushnick Pallaci PLLC
630 Johnson Avenue
Suite 201
Bohemia, NY 11716


Kushnick Pallaci PLLC
445 Broad Hollow Rd
Suite 124
Melville, NY 11747


Labor Ready North
7611 Bergenline Avenue
North Bergen, NJ 07047


Laboratory Corporation of America
PO Boc 2240
Burlington, NC 27216-2240


Lakeville Pace
75 E Hoffman Avenue
Lindenhurst, NY 11757

Law Offices of
Cris W Craft
20501 Katy Freeway
Suite 212
Houston, TX 77450


Legion Lighting Co
c/o Krane LLP
7600 Jericho Tpk Suite 300
Woodbury, NY 11797


Legion Lighting Co Inc
221 Glenmore Avenue
Brooklyn, NY 11207


Leon's Cleaning
16 Elmwood Drive
Clifton, NJ 07013


LI Automatic Doors
26 W Old Country Road
Hicksville, NY 11801


Longfish Improvements LLC
DLC Managerment Corp
580 White Plains Road
Tarrytown, NY 10591


LS Mechanical
51 Lafayette Street
Carteret, NJ 07008


Manny Stein Inc
199 Scotland Road
Orange, NJ 07050


Mar Cor Purification Inc
One Corporate Center
11th Floor
Hartford, CT 06103


Marjam Supply Co Inc
342 Schuyler Avenue
Kearny, NJ 07032

Marjam Supply Co., Inc
c/o Danielle Cohen
947 Main St
Hackensack, NJ 07601


Marjam Supply Company
885 Conklin Street
Farmingdale, NY 11735


McCloskey Mechanical
Contractors Inc
445 Lower Landing Rd
Blackwood, NJ 08012


McElroy Deutsch Mulvaney & Carpent.
225 Liberty St - 36th Fl
New York, NY 10281


McGuinness & Associates
Torrance Executive
Plaza West
3858 Carson St. Ste 301
Torrance, CA 90503


MDE Contracting Corp
474 Hawkins Avenue
Ronkonkoma, NY 11779


Meadowlands Fire
Protection
348 New County Rd
Secaucus, NJ 07094


Mega Electrical
Construction Corp
231 Woodbury Road
Woodbury, NY 11797


Mercedes Benz Finance
13650 Heritage Parkway
Fort Worth, TX 76177

Michael C Delaney
McElroy Deutsch
1300 Mt Kemble Avenue
PO Box 2075
Morristown, NJ 07962

Michael Hill Jeweler
Australia Pty Ltd
7 Smallwood Palace
Murarrie, QLD 4172
AUSTRALIA

New York State Dept. Tax and Fin
Albany, NY

Northbay Builders Inc
244 Drum Point Rd
Brick, NJ 08723

Northport Glass & Door
8 Russell Court
Northport, NY 11768

Northport Glass & Door
41 N Mall
Plainview, NY 11803

NY Dept. Tax Rev
Downers Grove, IL

NYS Workers Comp Board
328 State Street
Room 331
Schenectady, NY 12305

Orion Interiors
92 E Main St Ste 301
Somerville, NJ 08876

Oxford Health Plans
c/o JP Morgan Chase
4 Chase Metrotech Center
7 Fl East, Lockbox #26973
Brooklyn, NY 11245

P&M Quality Painting
145 Lafayette Avenue
White Plains, NY 10603


Pala Tile & Carpet
Contractors
600 South Colonial Avenue
Elsmere, DE 19805


PAZ Interiors Inc
607 Albany Avenue
#A
Amityville, NY 11701


Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103


Persi Construction
804 Jericho Turnpike
New Hyde Park, NY 11040


Pitney Bowes Inc
3001 Summer St
Stamford, CT 06926


Precision Aire Inc
2100-9 Arctic Avenue
Bohemia, NY 11716


Precision Aire, Inc.
c/o Gutman and Gutman
19 Roslyn Road
Mineola, NY 11501


Pride Carpet
371 Central Avenue
Suite B
Bohemia, NY 11716


Pro Contractors Inc
293 Rt 59
West Nyack, NY 10994

Queens Repographics
71 Jericho Turnpike
Suite 100
Mineola, NY 11501


Queens Stainless
Fabrication Inc
4135 37th Street
Long Island City, NY 11101


Quoba Restaurant Corp
4865 Ward Rd
Ste 500
Wheat Ridge, CO 80033


Ram Interiors & Supply
Corp
305-6 Knickerbocker Ave
Bohemia, NY 11716


Ram Interiors and Supply
305 Knickerbocker Av. Suite 6
Bohemia, NY 11716-3122


RB Hunt
120 West Pulaski Road
Huntington Station, NY 11746


ReadyRefresh by Nestle
fka Poland Spring/DP
900 Long Ridge Road
Building 2
Stamford, CT 06902


Regus
26 Boulevard Royal
Luxembourg
LUXEMBOURG L-2449


Regus Corporate Office
15950 Dallas Parkway
Dallas, TX 75248


RHK Recovery Group
1670 Old Country Road
Plainview, NY 11803

Roach & Murtha
Attorneys at Law PC
6901 Jericho Turnpike
Suite 101
Syosset, NY 11791


Robin's Jeans
8500 Beverly Blvd
Los Angeles, CA 90048


Roland's Electric
c/o Kushnick Pallaci PLLC
445 Broad Hollow Road, Suite 124
Melville, NY 11747


Roland's Electric Inc
307 Suburban Avenue
Deer Park, NY 11729


Santander Bank
c/o B. Zilbergeld, Esq
150 Morristown Road, Suite 105
Bernardsville, NJ 07924


Santander Bank NA
200 Liberty Street
New York, NY 10281


Shain Schafer PC
150 Morristown Road
Suite 105
Bernardsville, NJ 07924


Signarama
1320 Delsea Drive
Suite L
Deptford Township, NJ 08096


SimplexGrinnell LP
35 Arkay Dr
Suite 100
Hauppauge, NY 11788

SimplexGrinnell LP
c/oKush nick Pallaci PLLC
630 Johnson Ave., Suite 201
Bohemia, NY 11716


Smith Carroad Levy & Wan
PO Box 49
Commack, NY 11725


Souza Drywall Co Inc
3841 Marcy Street
Mohegan Lake, NY 10547


Sovereign Carpet Workroom
200 Robbins Lane #D
Jericho, NY 11753


Stainless Steel Technique
87-06 109th Street
Richmond Hill, NY 11418


State Collection Service Inc.
PO Box 6250
Madison, WI 53716-0250


Steel Case
1000 Bridge Parkway
Redwood City, CA 94065


Steiner Sports
630 Old Country Road
Garden City, NY 11530


Steiner Sports
145 Huguenot Street
New Rochelle, NY 10801


Sto/Dryvit
PO Box 36615
Philadelphia, PA 19107


Stucco Phila LLC
3108 Richmond Street
Philadelphia, PA 19134

Stucco Phila LLC
PO Box 36615
Philadelphia, PA 19107


Synchrony Bank/Mattress Firm Online
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060


Taylor Ricci & Associates
20555 Devonshire St, 488
Chatsworth, CA 91311


Temp Air Inc
3700 W Preserve Blvd
Burnsville, MN 55337


Tesser & Cohen
946 Main Street
Hackensack, NJ 07601


The Center Lock Shop Inc
107 N Park Avenue
Rockville Centre, NY 11570


The Courts at Deptford
DLC Management
580 White Plains Rd
Tarrytown, NY 10591


The Greenheck Group
400 Ross Avenue
Schofield, WI 54476


The Law Offices of
Michael R Pricer Esq
PO Box 962
Coraopolis, PA 15108


The Leviton Law Ltd
3 Golf Center
Suite 361
Hoffman Estates, IL 60169

Thomas P Solferino Esq
The Solferino Law Firm PC
1325 Franklin Avenue
Suite 255
Garden City, NY 11530


TJ Fire Protection
1762 Bay Isle Drive
Point Pleasant Beach, NJ 08742


TL GCP Owner LLC
c/o Treeline Companies
200 Garden City Plaza
Garden City, NY 11530


TM Bier & Associates Inc
79 Hazel Street
Glen Cove, NY 11542


TM Contracting
1663 State Route 17M
Chester, NY 10918


Ulta Beauty
Green Acres Mall Commons
750 West Sunrise Highway
#125
Valley Stream, NY 11582


Ulta Corporate Office
Headquarters HQ
Ulta Salon
1000 Remington Blvd #120
Bolingbrook, IL 60440


United Healthcare Oxford
4 Research Drive
Shelton, CT 06484


United Recovery Service LLC
18525 Torrence AVe., Suite C-6
Lansing, IL 60438


US Merchants Protective
1189 Bellmore Avenue
Bellmore, NY 11710

Velente Electric
236 Horton Hwy
Mineola, NY 11501


Wagner Falconer & Judd
Attorneys at Law
Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402


Waldners
Long Island Corporate Off
125 Route 110
Farmingdale, NY 11735


Walsh Architectural Sales
80 Allen Blvd
Farmingdale, NY 11735


Walsh Electric LLC
66 Broadway
Staten Island, NY 10310


Walsh Glass Works
81 Pension Road #105
Englishtown, NJ 07726


Welby Brady & Greenblatt
11 Martine Avenue
15th Floor
White Plains, NY 10606


West Babylon Electric Inc
410 6th Street #1
West Babylon, NY 11704


Williams Scotsman
35 Ford Lane
Kearny, NJ 07032


Wilson & Chann LLP
733 Third Avenue, 15th Fl
New York, NY 10017

```
WK Mechanical
546 NY-17M
Monroe, NY 10950
```